

FILED

SEP 20 2016

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FERNANDO STEVEN SOTO,<br><br>Defendant. | CR 10-05-BLG-SPW-1<br><br><br>ORDER |

For the reasons stated on the record, FERNANDO STEVEN SOTO is hereby released from the custody of the U.S. Marshals Service.

DATED this 20th day of September, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1